# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ANTONIO EZEQUIEL CARDENAS-GUILLEN, et al.,**<br><br>**Defendants.** | **CRIMINAL NO. 08-057 (TNM)** |

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that D. Hunter Smith, Trial Attorney of the Narcotic and Dangerous Drug Section, is substituted for Government counsel of record Tara Arndt, who can be terminated as Government counsel in this case.

Respectfully Submitted,

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By:   */s/D. Hunter Smith*
   D. Hunter Smith
   Trial Attorney
   Narcotic and Dangerous Drug Section
   Criminal Division
   U.S. Department of Justice
   145 N Street, NE
   Washington, D.C. 20530
   Tel.:  (202 616-3528
   Email: David.H.Smith@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was sent via ECF to the Defendants' counsel on record this 2nd day of May 2025.

                                           */s/ D. Hunter Smith*
                                           D. Hunter Smith
                                           Trial Attorney
                                           Narcotic and Dangerous Drug Section
                                           Criminal Division
                                           U.S. Department of Justice